

**U.S. Department of Justice**

United States Attorney
*Western District of New York*

| | |
|---|---|
| 620 Federal Building | (585) 263-6760 |
| 100 State Street | FAX(585) 263-6226 |
| Rochester, New York 14614 | tiffany.lee@usdoj.gov |

February 7, 2006

Hon. Michael A. Telesca
United States District Judge
100 State Street
Rochester, NY 14614

    Re:   **United States v. Esteban Ayala-Zuniga**

Dear Judge Telesca:

    Magistrate Judge Payson issued her report and recommendation, which copy the government received through e-filing, on or about February 1, 2006. By the government's calculations, the ten days it has to file its objections will expire on or about February 11, 2006. Since that date falls on a Sunday, the government would have until February 13, 2006 to file its objections, should it choose to file any objections.

    I would respectfully request a brief extension of time, until February 21, 2006, to file any objections to the report and recommendation the government may have. I will be out of the district beginning February 7, 2006 and I will not be returning until February 13, 2006. Thus, to the extent that the government decides to file any objections, I do not anticipate that I will be able to finish the government's submission by February 13th.

    If you have any questions or concerns, please do not hesitate to contact me.

                          Respectfully submitted,

                          KATHLEEN M. MEHLTRETTER
                        Acting United States Attorney

              By:  TIFFANY H. LEE
                    Assistant U.S. Attorney

THL/kmp

cc: Donald M. Thompson, Esq.

**SO ORDERED**

S/MICHAEL A. TELESCA
-------------------------
MICHAEL A. TELESCA
United States District Judge

DATED: 2/8/2006