## DONALD M. THOMPSON, P.C.
### ATTORNEY AND COUNSELOR AT LAW
THE POWERS BUILDING
16 W. MAIN STREET, SUITE 243
ROCHESTER, NEW YORK 14614

(585) 423-0060
Fax: (585) 423-0890
E-mail: DMTATTNY@aol.com

February 8, 2006

Hon. Michael A. Telesca
United States District Judge
2310 U.S. Courthouse
100 State Street
Rochester, New York 14614

By Facsimile and First Class Mail

Re: *United States v. Esteban Ayala-Zuniga*
    Docket No.: 05-JM-4006 (P)

Your Honor:

As you will recall, the date set for filing the defendant's objections in the above-captioned matter are due, February 21, 2006. I would respectfully request a two week extension of that deadline, until March 7, 2006 because I have been unable to complete the submissions as a result of court schedule. I am scheduled to begin a trial on February 14, 2006, before the Hon. Richard Keenan. I expect that trial to last about a week, however the majority of my time between now and then must be spent preparing for trial.

Thank you for your consideration of this request. If you have any questions or if you would like any additional information please do not hesitate to contact me.

Sincerely,

Donald M. Thompson

DMT:dbm
xc:   Tiffany H. Lee, AUSA
      Mr. Esteban Ayala

**SO ORDERED**

S/ MICHAEL A. TELESCA

MICHAEL A. TELESCA
United States District Judge

DATED:   FEBRUARY 9, 2006